HENRY VON GLAHN *v.* JOHN DAWSON.

(For the Syllabus, see the case of *VonGlahn* v. *Harris, ante* page 320.)

The points raised in this, and the facts relating thereto, are similar to those in the preceding case of *Von Glahn* v. *Latimer.*

In the Court below, the defendant had judgment, and the plaintiff appealed.

*French* and *W. S. & D. J. Devane,* for appellant.
*Strange* and *Battle & Son,* contra.

PEARSON, C. J.   Same opinion as in Von Glahn v. Latimer.

PER CURIAM.                        Judgment affirmed.